UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMECA T. JORDAN,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No.  2:14-cv-02992-AC<br><br><br><br>ORDER |

On December 30, 2014, defendant the Commissioner of Social Security ("Commissioner") filed a notice of removal, asserting jurisdiction based on 28 U.S.C. §§ 1441 & 1442.  ECF No. 1.  The Commissioner's notice states that plaintiff's complaint can best be understood as an appeal from a denial of social security benefits along with a tort claim.  ECF No. 1 at 2.  However, the court finds that plaintiff's complaint contains insufficient information to support construction as either an appeal or a claim for tort damages.  Plaintiff's complaint names "the Commissioner of Social Security" as defendant and asserts $10,000 in damages for "pain and suffering" and "back pay."  ECF No. 1-1 at 2.  Based on these allegations the court cannot discern what type of claim plaintiff is attempting to assert (i.e. tort, appeal, etc.), much less find that plaintiff has stated a cognizable claim for relief.  See Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555–56 (2007).  Accordingly, the court HEREBY ORDERS that:

1. The court's December 30, 2014, scheduling order is vacated; and

2. Plaintiff must submit an amended complaint within thirty (30) days of the service of this order that states a claim for relief and complies with the requirements of the Federal Rules of Civil Procedure and the Local Rules of Practice. The amended complaint must bear the docket number assigned this case and must be labeled "First Amended Complaint." If plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for a period of disability and disability insurance benefits ("DIB") under Title II of the Social Security Act ("the Act") and/or Supplemental Security Income ("SSI") under Title XVI of the Act, she shall so specify.

DATED: December 30, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2