UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAMECA T. JORDAN,

    Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

No. 2:14-cv-02992-AC

ORDER

This matter is before the undersigned pursuant to Local Rule 302(c)(21).  On December 30, 2014, the Commissioner of Social Security ("Commissioner") removed this case pursuant to 28 U.S.C. §§ 1441 and 1442.  ECF No. 1.  On the same day the Commissioner filed an ex parte application seeking an extension of time to file a responsive pleading to plaintiff's complaint.  ECF No. 4.  However, on January 5, 2015, the court ordered plaintiff to file an amended complaint that contains a short and plain statement of facts supporting a claim for relief.  ECF No. 5.  In light of the court's January 5, 2015, order the court HEREBY DENIES the Commissioner's ex parte application as moot.

DATED: January 6, 2015

                                ALLISON CLAIRE
                                UNITED STATES MAGISTRATE JUDGE

1