UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMECA T. JORDAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:14-cv-02992-AC<br><br><br>ORDER TO SHOW CAUSE |

　　　Plaintiff is proceeding in this action in pro per. On December 30, 2014, the Commissioner of Social Security ("the Commissioner") removed this matter from Sacramento Superior Court. ECF No. 1. In the Commissioner's notice of removal, she argued that plaintiff's complaint constitutes an appeal from her denial of social security benefits. Id. at 2. On the same day the Commissioner filed an ex parte application requesting an extension of time to file a responsive pleading. ECF No. 4. On January 5, 2015, the court issued an order requiring plaintiff to file an amended complaint within thirty (30) days. ECF No. 5. The court's order explained that it could not treat plaintiff's state court complaint as a social security appeal because it contained too few factual allegations. Id. On January 7, 2015, the court denied the Commissioner's ex parte application as moot. ECF No. 6. Plaintiff has yet to file an amended complaint.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within fourteen (14) days of the date of this order why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

DATED: March 5, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE